**Transferred case has been opened**
ohndecf   to: InterdistrictTransfer_LAMD                                    11/14/2018 08:22 AM

From:      ohndecf@ohnd.uscourts.gov
To:        InterdistrictTransfer_LAMD@lamd.uscourts.gov

```
CASE: 3:18-cv-00940

DETAILS: Case transferred from Louisiana Middle
has been opened in Northern District of Ohio
as case 1:18-op-46221, filed 11/14/2018.
```